IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PROTECTIVE INDUSTRIES, INC. ) | |
| d/b/a Caplugs ) | |
| ) | |
| v. ) | No. 3-10-1033 |
| ) | |
| RATERMANN MANUFACTURING, ) | |
| INC.; GEORGE RATERMANN; ) | |
| PROGRESSIVE PLASTICS, INC.; ) | |
| and HENRY BUERMANN ) | |

O R D E R

Pending before the Court is the parties' joint motion to amend initial case management order (Docket Entry No. 122), which, inter alia, includes a request to extend the deadline for filing dispositive motions from July 1, 2012, to July 16, 2012.

Although the Court is willing to extend all other deadlines, the Court is unable to grant an extension to July 16, 2012, since, if the 20 day and 10 day deadlines for serving any response and any reply, respectively, apply (as provided in the order entered March 15, 2011 (Docket Entry No. 33)), briefing would be completed on a dispositive motion no later than August 15, 2012. As long as the trial remains scheduled on November 6, 2012, completing briefing on a dispositive motion by August 15, 2012, would violate Local Rule 16.01(d)(2)(f), since there will be fewer than 90 days between completion of briefing any dispositive motion and the trial date.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, April 11, 2012, at 1:00 p.m.,** to be initiated by plaintiff's counsel, to address the parties' joint motion to amend and any other scheduling issues.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge