IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PROTECTIVE INDUSTRIES, INC. (d.b.a., CAPLUGS),<br><br>    Plaintiff,<br><br>v.<br><br>RATERMANN MANUFACTURING, INC., GEORGE RATERMANN, PROGRESSIVE PLASTICS, INC., AND HENRY BUERMANN,<br><br>    Defendants. | Civil Action No. 3:10-cv-01033<br>JUDGE Sharp<br>Magistrate Griffin |

## MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO THE MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFF'S CORPORATE SIZE AND FINANCIAL STATUS UNDER SEAL

Pursuant to ¶ 9 of the Stipulated Protective Order (Docket Entry No. 49, pp. 4-5), as well as § 5.07 of the Administrative Practices and Procedures for Electronic Case Filing, Defendants Ratermann Manufacturing, Inc., George Ratermann, Progressive Plastics, Inc., and Henry Buermann (collectively, "Defendants") respectfully request leave of Court to file their Response in Opposition to the Motion *in Limine* to Exclude Evidence of Plaintiff's Corporate Size and Financial Status and accompanying exhibit under seal because they refer to information designated by the parties as "confidential" and/or "attorney's eyes only" under the Stipulated Protective Order.